UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA SMITH | * | |
| | * | CIVIL ACTION NO. 2-22-cv-2783 |
| Plaintiff | * | |
| VERSUS | * | |
| | * | |
| MONIQUE E. BARIAL, ET AL | * | JUDGE GREG GERARD |
| | * | |
| | * | MAGISTRATE JANIS VAN MEERVELD |
| Defendants | * | |

## ANSWER

**NOW INTO COURT,** through undersigned counsel, come Defendants, The Law Office of Chanel R. DeBose and Chanel R. DeBose, individually, who for answer to Plaintiff's First Amended and Supplemental Petition ("Amended Petition"), respectfully represent:

## FIRST DEFENSE

Plaintiff's Amended Petition fails to state a claim or cause of action upon which relief may be granted.

## SECOND DEFENSE

Defendants respond to the individual paragraphs of the Amended Petition as follows:

I.

Responding to the allegations of Paragraph I, Defendants reassert and reaver all responses and/or defenses to Plaintiff's Original Petition for Damages.

II.

The allegations of Paragraph II are not directed to Defendants are therefore denied for lack of sufficient information to justify a belief therein.

III.

The allegations of Paragraph III are not directed to Defendants are therefore denied for lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph IV are denied. Defendants further aver than any detailed descriptive list and/or affidavit is a written document and therefore the best evidence of its content.

V.

The allegations of Paragraph V are denied. Defendants further aver than any detailed descriptive list is a written document and therefore the best evidence of its content.

VI.

The allegations of Paragraph VI are denied. Defendants further aver than any consent agreement is a written document and therefore the best evidence of its content.

VII.

The allegations of Paragraphs VII through IX are denied.

VIII.

The allegations of Paragraph X are not directed to Defendants are therefore denied for lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph XI are not directed to Defendants are therefore denied for lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph XII are denied.

XI.

The allegations of Paragraph XIII are denied.

XII.

The allegations of Paragraph XIV are not directed to Defendants are therefore denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations of Paragraph XV are denied. Furthermore, Defendants deny that Plaintiff is entitled to judgment against them, individually, jointly, severally, and/or *in solido* in any amount whatsoever. Defendants further deny that Plaintiff is entitled to any of the requested relief as against Defendants.

**THIRD DEFENSE**

Defendants aver that any losses suffered by Plaintiff were due to her own fault or negligence, which serves as a complete bar to or in mitigation of any recovery sought herein.

**FOURTH DEFENSE**

Defendants aver that any losses suffered by Plaintiff were due to her failure to mitigate her damages which serves as a complete bar to or in mitigation of any recovery that she seeks.

**FIFTH DEFENSE**

Defendants aver that any losses suffered by Plaintiff were due to the fault of third parties for whom Defendants have no responsibility.

**SIXTH DEFENSE**

Further answering, Defendants aver that all claims of Plaintiff are time barred.

**SEVENTH DEFENSE**

Defendants reserve the right to aver and allege any other affirmative defenses which may become known as discovery proceeds in this matter.

**WHEREFORE**, it is prayed that this Answer be deemed good and sufficient, and that after all due proceedings are had, that there be judgment herein in favor of Defendants, dismissing all demands of Plaintiff with prejudice, and at her cost.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

*/s/ Gretchen F. Richards*
EDWARD W. TRAPOLIN (La. Bar No. 27667)
GRETCHEN F. RICHARDS (La. Bar No. 35782)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
etrapolin@irwinllc.com
grichards@irwinllc.com
***Counsel for The Law Office of Chanel R. DeBose and Chanel R. DeBose, individually***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed to Plaintiff, Donna Smith, on September 12, 2022, at her last known address of record:

Donna Smith
7500 Forum Blvd,
New Orleans, LA 70128

*/s/ Gretchen F. Richards*